**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Goldie F. Fields (SBN 351731)
fieldsg@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Richard W. Miller (*pro hac vice* forthcoming)
millerrw@ballardspahr.com
999 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301

Andrew Hensley (*pro hac vice* forthcoming)
hensleyd@ballardspahr.com
1 East Washington Street, #2300
Phoenix, AZ 85004
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Counsel for Plaintiffs*
*BIC Corporation and BIC USA Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BIC CORPORATION and BIC USA INC., | Case No. 2:24-cv-08547 |
| Plaintiffs, | **COMPLAINT** |
| v. | |
| MAHIDE RAHMAN; JOHN DOE COMPANIES 1–10; and JOHN OR JANE DOES 1–10 | |
| Defendants. | |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

1

**COMPLAINT**

2      1.     Plaintiffs BIC Corporation and BIC USA Inc. (hereinafter collectively,

3  "BIC"), by and through their attorneys, state as follows for their Complaint against

4  Mahide Rahman; John Doe Companies 1–10; and John or Jane Does 1–10

5  (collectively, "Defendants").

6

**NATURE OF THE ACTION**

7      2.     This action is brought by BIC to end Defendants' trade in counterfeit

8  BIC-branded lighters that present a safety hazard to the public.

9      3.     Defendants have willfully and knowingly sold, marketed, advertised,

10  and distributed counterfeit BIC-branded lighters in the United States, including in

11  the State of California.

12      4.     This is an action for counterfeiting under Sections 32(1)(b) and 34(d) of

13  the Lanham Act, 15 U.S.C. §§ 1114(b), 1116(d); trademark infringement and

14  contributory trademark infringement under Section 32 of the Lanham Act, 15 U.S.C.

15  § 1114; trademark infringement under Cal. Bus. & Prof. Code §§ 14200 *et seq.*;

16  unfair competition and false designation of origin under Section 43(a) of the

17  Lanham Act, 15 U.S.C. § 1125(a), as amended; trademark dilution under Section

18  43(c) of the Lanham Act, 15 U.S.C. § 1125(c); trademark dilution under Cal. Bus. &

19  Prof. Cod § 14247; unfair competition under Cal. Bus. & Prof. Code § 17200 *et*

20  *seq.*; and trademark infringement and unfair competition under the common law of

21  California.

22

**PARTIES**

23      5.     Plaintiff BIC Corporation ("BIC Corporation") is a Connecticut

24  corporation, having its principal place of business in Shelton, CT.

25      6.     Plaintiff BIC USA Inc. ("BIC USA"), a wholly owned subsidiary of

26  BIC Corporation, is a Delaware corporation, having its principal place of business in

27  Shelton, CT.

28

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

7.    On information and belief, Defendant Mahide Rahman ("Rahman") is a resident of Bangladesh.

8.    Defendant Rahman is the Head of Operations & Managing Partner for M/S Mitali International, Ltd. ("Mitali"), a Bangladeshi business entity with principal places of business at House 11, Road 7, Sector 10, Uttara, Dhaka-1230 and 4301 Pleasantdale Road, Unit G, Doraville, GA 30340.

9.    On information and belief, and as showing in a LinkedIn post from an account appearing to belong to Defendant Rahman, Defendant Rahman is the Founder and CEO of MIT Distribution LLC ("MIT"), a limited liability company organized under the law of New York with a principal place of business of 15925 Normal Road, ct, New York 11432.

10.    On information and belief, MIT is Defendant Rahman's actual and usual place of business in the United States that he owns or operates and/or through which he regularly transacts business.

11.    On information and belief, and as showing in a LinkedIn post from an account appearing to belong to Defendant Rahman, MIT is a concern of Mitali:



12.     BIC is currently unaware of the true names and identities of Defendants John Doe Companies 1-10 and John or Jane Does 1-10, but is informed and believes that such entities and persons have conspired with Defendants and are liable for the violations alleged in this Complaint. Thus, BIC may seek leave to amend this Complaint at an appropriate time to add specific information regarding Defendants Doe on determination of their true identities.

## JURISDICTION AND VENUE

13.     This is a civil action arising from Defendants' use of BIC's trademarks and trade dress on counterfeit pocket lighters. The claims alleged in this Complaint arise under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and under the laws of the State of California

14.     This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

15.     This Court has supplemental jurisdiction over BIC's state-law claims pursuant to 28 U.S.C. § 1367(a).

16.     This Court has personal jurisdiction over Defendant Rahman because Rahman conducts the marketing, advertising, distribution, importation, offer for sale, and sale of counterfeit goods within the State of California, including in this District, which has resulted in the likelihood of customer confusion in the State of California, including in this District, and has caused irreparable harm to BIC. Thus, Defendant Rahman has committed tortious acts in the State of California and in this District.

17.     On information and belief, Defendant Rahman dominates and controls Mitali and MIT. For example, Mitali and MIT share a principal, Defendant Rahman. On information and belief, through MIT, Defendant Rahman can and does market, advertise, distribute, offer for sale, and sell counterfeit BIC pocket lighters across the United States, including in the State of California and in this District, which has

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

— 3 —
Complaint

resulted in the likelihood of consumer confusion in California, and in this District, and has caused irreparable harm to BIC.

18.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims asserted in this Complaint occurred within this District.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION
### BIC's Famous Trademarks

19.    BIC manufactures and distributes high quality and reliable consumer products, including lighters, in the United States and around the world.

20.    For over 50 years, and well before the acts of the Defendants identified here, BIC has used various trademarks and source-identifying product configurations and designs to indicate the origin of its goods, including its lighters. These trademarks and configurations include the following terms, designs, and trade dress, which are registered with the United States Patent and Trademark Office ("USPTO"), and are collectively referred to hereinafter as the "BIC Marks":

| Exhibit | USPTO Registration Number | Registered Trademark / Trade Dress | Description of Goods or Services | First Use In Commerce |
|---|---|---|---|---|
| Exhibit A | Reg. No. 2,324,480 | BIC | *Cigarette and cigar lighters not of precious metals* | 1971 |
| Exhibit B | Reg. No. 951,661 |  | *Cigarette lighters and refills therefor* | 1971 |
| Exhibit C | Reg. No. 1,761,622 |  | *Cigarette lighters not made of precious metals* | 1973 |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

— 4 —

| Exhibit D | Reg. No. 2,278,917 | | *Cigarette lighters not made of precious metals* | 1995 |
|---|---|---|---|---|

22.    BIC Corporation is the owner of the BIC Marks in the United States.

23.    Each of the foregoing registrations is incontestable under Lanham Act § 15, and serves as conclusive evidence of the validity, BIC Corporation's ownership, and of BIC's exclusive right to use the registered mark in commerce in connection with the goods and/or services identified therein. BIC Corporation filed a declaration with the USPTO under Lanham Act § 15, 15 U.S.C. § 1065, with respect to each of registration numbers 2,324,480; 951,661; 1,761,622; and 2,278,917.

24.    BIC Corporation exclusively licenses the BIC Marks to BIC USA.

25.    Through BIC's continuous and substantially exclusive use over the span of decades, as well as through BIC's expenditure of tens of millions of dollars in promotion and advertising, the BIC Marks are recognized as indicators of source for BIC's high-quality and pioneering lighters and embody the substantial and valuable goodwill associated with BIC's products.

26.    BIC popularized its first pocket lighters in the 1970s with the "Flick your BIC" advertising campaign and saw its lighter quickly become a household staple throughout the world.

27.    Indeed, BIC is the number one seller of pocket lighters in the United States, and BIC pocket lighters have become the most recognized lighters in the world, with more than 30 billion lighters sold in over 160 countries.

28.    Social media pages for BIC's pocket lighters draw substantial attention from the public, with over 1.3 million Facebook users and over 100,000 Instagram users following BIC's online promotion of pocket lighters bearing the BIC Marks.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

29.     The BIC lighters are recognized icons of modern design—residing in the permanent collections of the Museum of Modern Art (MoMA) in New York and the Musee national d'art moderne/Centre de creation industrielle-Centre Georges Pompidou in Paris.

30.     As a result of BIC's substantial efforts, and prior to the acts of Defendants alleged herein, the distinctive BIC Marks have become famous in the minds of consumers to identify BIC as the source for BIC's goods.

31.     BIC, the sole domestic manufacturer of disposable pocket lighters, has a 50-year history of providing safe, reliable, non-refillable pocket lighters to millions of Americans.

32.     Perhaps the most popular disposable, non-refillable pocket lighter BIC manufactures and sells to consumers is its "Maxi" Pocket Lighter (a/k/a the "Classic" Pocket Lighter (the "Pocket Lighter")).

33.     BIC ensures that its Pocket Lighters are manufactured with exacting attention to consumer safety and quality and contain a number of safety features. For example, authentic Pocket Lighters contain physical attributes that ensure safe and reliable spark generation, flame height, flame shut off, and sealing of the fuel compartment (collectively, "Safe Performance Features").

34.     Authentic BIC Pocket Lighters are sold by distributors and retailers all across the United States, including in the State of California and in this District.

35.     All authentic BIC Pocket Lighters authorized to be sold in the United States contain the Safe Performance Features.

### Defendants' Wrongful Acts

36.     The counterfeit BIC pocket lighters ("Counterfeit Pocket Lighters") identified in this Complaint lack several Safe Performance Features included in authentic BIC Pocket Lighters.

37.     On information and belief, and as exemplified by at least the lack of Safe Performance Features, the Counterfeit Pocket Lighters are not subjected to the

same rigorous performance and safety standards that BIC applies to authentic BIC Pocket Lighters.

38.     Based on information received from customers of suspected Counterfeit Pocket Lighters being sold in the United States, BIC launched an investigation.

39.     On multiple occasions during the investigation, one or more investigators on behalf of BIC ("BIC Investigators") purchased Counterfeit Pocket Lighters from Defendant Rahman that were, on information and belief, were housed in, and distributed from, the warehouses which Defendant Rahman owns and operates from.

**Defendant Rahman Advertised and Sold Pocket Lighters Bearing the BIC Marks to BIC Investigators**

40.     On February 27, 2023, BIC Investigators encountered Mash Enterprises ("Mash") at the ASD Trade Show in Las Vegas, Nevada, where Mash was advertising the sale of BIC Pocket Lighters.

41.     On August 21, 2023, BIC Investigators again encountered Mash at the ASD Tradeshow in Las Vegas, Nevada, where Mash advertised the sale of BIC Pocket Lighters.

42.     BIC Investigators inquired into purchasing BIC Pocket Lighters with the ASD Trade Show representative for Mash, Mashkoor Hassan. Mr. Hassan told the BIC Investigators to call him at another time for the purchase of BIC Pocket Lighters.

43.     On September 6, 2023, BIC Investigators called Mr. Hassan who said that Mash expected to have BIC Pocket Lighters available for sale in November or December of 2023.

44.     On November 16, 2023, BIC Investigators received a tip on a WhatsApp group named "Honey Hut," that Honey Hut was offering BIC Pocket Lighters at a low price. The community admin for Honey Hut was listed as an

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

individual by the name "Mahid" with a Bangladeshi phone number +880-1741-534723.

45.     On November 20, 2023, BIC Investigators reached out to "Mahid" via WhatsApp to inquire about purchasing 180 trays of BIC Pocket Lighters. That same day, "Mahid" provided BIC Investigators with wire transfer information via WhatsApp. On November 21, 2023, BIC Investigators requested "Mahid" to send a Proforma Invoice for the BIC Pocket Lighters, which he sent on November 22, 2023.

46.     On November 27, 2023, BIC Investigators wired "Mahid" the funds for the purchase of the 180 trays of BIC Pocket Lighters and requested an email address to share the wire confirmation. That same day, "Mahid" provided the following email address: mahideutc@gmail.com. BIC Investigators conducted open-sourced research into the email address and confirmed that it is owned by Defendant Rahman.

47.     On information and belief, "Mahid" is Defendant Rahman.

48.     BIC Investigators determined that Defendant Rahman is the Head of Operations & Managing Partner for Mitali.

49.     BIC Investigators determined that Mitali shares an IP address with Honey Hut.

50.     BIC Investigators determined that MIT is "a concern" of Mitali.

51.     On information and belief, Defendant Rahman operates the counterfeiting scheme alleged herein, in part, through Honey Hut.

52.     On November 27, 2023, BIC Investigators purchased product advertised as genuine BIC Pocket Lighters from Defendant Rahman. On January 3, 2024, BIC Investigators received a notice that the packages were delivered.

53.     The shipping label for the January 3, 2024 delivery indicated that the packages were shipped from 1035 S. Otterbein Ave., City of Industry, CA, 91748.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

On information and belief, the address is associated with Dolphin International Logistics.

54.    The shipping label for the January 3, 2024 delivery also listed a phone number with a Los Angeles area code: (310) 908-7709. On information and belief, the phone number is association with US Priority Logistics. On information and believe, US Priority Logistics shares an address with Dolphin International Logistics.

55.    On January 23, 2024, BIC Investigators purchased additional product advertised as genuine BIC Pocket Lighters from Defendant Rahman. On February 22, 2024, BIC Investigators received the packages.

56.    The shipping label for the February 22, 2024 delivery indicated that the packages were shipped from 1035 S. Otterbein Ave., City of Industry, CA, 91748. On information and belief, the address is associated with Dolphin International Logistics.

57.    The shipping label for the February 22, 2024 delivery also listed a phone number with a Los Angeles area code: (310) 908-7709. On information and belief, the phone number is association with US Priority Logistics. On information and believe, US Priority Logistics shares an address with Dolphin International Logistics.

58.    On March 20, 2024, Defendant Rahman offered BIC Investigators for sale 32 cases of pocket lighters advertised as genuine BIC Pocket Lighters. On March 26, 2024, BIC Investigators sent a wire transfer to Defendant Rahman to purchase the 32 cases of pocket lighters.

59.    On April 4, 2024, the packages arrived at an ABF Freight terminal in Avenel, New Jersey. BIC Investigators inspected the packages on April 8, 2024. On April 9, 2024, the packages were sent to BIC for further inspection.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

60.     The shipping label for the April 4, 2024 delivery indicated that the packages were shipped from at 141 Flushing Ave., Brooklyn, NY 11205. On information and belief the address is associated with MIT.

### Defendant Rahman Sold Counterfeit Pocket Lighters Bearing the BIC Marks to BIC Investigators

61.     Upon investigation of the delivery, BIC Investigators confirmed all products sent in the January 3, 2024 delivery, the February 22, 2024 delivery, and the April 4, 2024 delivery were Counterfeit Pocket Lighters, not genuine BIC Pocket Lighters as advertised.

62.     Each tray containing Counterfeit Pocket Lighters featured the word mark "BIC" and the stylized mark    🔥*BIC*    .

63.     The Counterfeit Pocket Lighters themselves were cheap replicas of authentic BIC lighters. Each lighter incorporated the word mark "BIC," the stylized mark 🔥*BIC*, and the BIC trade dress.

64.     The Counterfeit Pocket Lighters replicate the BIC Marks to intentionally mislead customers into believing that they are purchasing an authentic BIC product.

65.     A thorough inspection of the products in the January 3, 2024 delivery, the February 22, 2024 delivery, and the April 4, 2024 delivery confirmed all delivered lighters were Counterfeit Pocket Lighters lacking many of the Safe Performance Features found in authentic BIC lighters.

66.     For example, the Counterfeit Pocket Lighters lacked features that ensure safe and reliable spark generation, flame height, flame shut off, and sealing of the fuel compartment.

67.     The Counterfeit Pocket Lighters replicate the BIC Marks to intentionally mislead customers into believing that they are purchasing an authentic BIC product.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**Defendant Rahman Distributed Counterfeit Pocket Lighters through Multiple Warehouses in Multiple Districts**

68.     Defendant Rahman twice shipped Counterfeit Pocket Lighters to BIC Investigators from a warehouse located at 1035 S. Otterbein Ave., City of Industry, CA, 91748.

69.     On information and belief, Defendant Rahman is housing additional Counterfeit Pocket Lighters at the warehouse located at 1035 S. Otterbein Ave., City of Industry, CA, 91748 with the intention of selling that product to others, including Doe Defendants.

70.     Defendant Rahman provided BIC Investigators with evidence, including a Bill of Lading, that he shipped Counterfeit Pocket Lighters to unknown third parties from a warehouse located at 16720 Chestnut Street, Unit A, City of Industry, CA 91748.

71.     On information and belief, Defendant Rahman is housing additional Counterfeit Pocket Lighters at the warehouse located at 16720 Chestnut Street, Unit A, City of Industry, CA 91748 with the intention of selling that product to others, including Doe Defendants.

72.     Defendant Rahman shipped Counterfeit Pocket Lighters to BIC Investigators from a warehouse located at 141 Flushing Ave., Brooklyn, NY 11205.

73.     On information and belief, Defendant Rahman is housing additional Counterfeit Pocket Lighters at the warehouse located at 141 Flushing Ave., Brooklyn, NY 11205 with the intention of selling that product to others, including Doe Defendants.

**Defendants' Wrongful Acts Have Harmed the Public and BIC**

74.     On information and belief, previously and up to the present time, Defendant advertised, offered for sale, and sold lighters in the State of California that make unauthorized use of the BIC Marks.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

75.     On information and belief, Defendant Rahman has advertised and sold Counterfeit Pocket Lighters bearing the BIC Marks to various persons in the United States, including Doe Defendants, and they intend to imminently sell additional Counterfeit Pocket Lighters to other persons.

76.     BIC has acquired a General Exclusion Order ("GEO") from the International Trade Commission that protects BIC's intellectual property, including the BIC Marks.

77.     Under a GEO, enhanced U.S. Customs and Border Patrol and Department of Homeland Security resources are assigned to prevent counterfeit products from entering the U.S. market.

78.     Despite the GEO, on information and belief, Defendant Rahman is trading in Counterfeit Pocket Lighters imported into the United States through a sophisticated network of importers and using means targeted at evading detection and confiscation. Indeed, the similarity in the makeup of the Counterfeit Pocket Lighters all point to a single source for the counterfeit. Further, Defendants' advertisement of substantial amount of product on Honey Hut and distribution throughout the United States, including in this District, speaks to a sophisticated counterfeiting network in place.

79.     On information and belief, Defendant Rahman engaged in these acts with the knowledge of BIC's rights and the willful intent to violate those rights.

80.     Defendants' unlawful actions are having, and will continue to have, a substantial and adverse effect on United States commerce.

81.     Defendants' wrongful acts and/or willful infringements have caused, and will continue to cause, irreparable harm to BIC, for which BIC has no adequate remedy at law, unless permanently enjoined.

82.     Defendants are profiting, and will continue to profit, from their unlawful actions.

83.   Defendants' actions are causing and will continue to cause BIC monetary damage in amounts presently unknown but to be determined at trial.

84.   Moreover, Defendants' actions present significant public health and safety concerns.

85.   In addition to being generally constructed without attention to safety and quality, it is of particular concern that the Counterfeit Pocket Lighters Defendants sell do not conform to BIC's standard quality control measures.

86.   Furthermore, on perceiving a defect or lack of quality or performance in Counterfeit Pocket Lighters sold by Defendants, customers are likely to mistakenly attribute those defects to BIC. By causing such a likelihood of confusion, mistake, and deception, Defendants are inflicting irreparable harm to BIC's goodwill and reputation.

87.   By selling Counterfeit Pocket Lighters, Defendants have knowingly engaged in violations of the Lanham Act, as well as other federal laws and regulations.

88.   Defendants' conduct demonstrates that Defendants know that their Counterfeit Pocket Lighters cannot legally be sold in the United States. The possibility of civil and criminal enforcement action against Defendants, and the potential liabilities and penalties that may be imposed against them, provide a clear indication that Defendants will conceal or destroy, move, hide, or otherwise make inaccessible to the Court relevant business records and remaining inventory of Counterfeit Pocket Lighters.

89.   On information and belief, John Doe Companies 1-10 and John or Jane Does 1-10 have conspired with Defendants to carry out the wrongful conduct alleged herein.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

## COUNT ONE
### Federal Trademark Counterfeiting
### in Violation of Lanham Act §§ 32(1)(b) and 34(d)
### (15 U.S.C. §§ 1114(b), 1116(d))
### (All Defendants)

90. BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

91. BIC Corporation is the owner and registrant of the BIC Marks, where consumers perceive the BIC Marks as distinctive, well known, and famous.

92. BIC USA is the exclusive licensee of the BIC Marks in the United States.

93. Defendants have not been granted any right to use the BIC Marks in the United States.

94. Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or substantially indistinguishable from, the BIC Marks.

95. Defendants' use, which constitutes use in commerce, has caused and/or is likely to cause confusion or mistake or is likely to deceive regarding the source, sponsorship and/or affiliation of the goods imported, offered for sale, and sold by Defendants.

96. Defendants have intentionally used marks that they know are counterfeit BIC Marks in connection with the sale, offering for sale, and distribution of the Counterfeit Pocket Lighters.

97. BIC has no adequate remedy at law for Defendants' wrongful conduct, which has caused, and, unless permanently enjoined, will continue to cause damage and irreparable harm to BIC.

98. Defendants are liable for counterfeiting, in violation of Sections 32(1)(a) and 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(a), 1116(d).

99.    By reason of Defendants' wrongful conduct, BIC is entitled to recover wrongful profits of Defendants, BIC's actual damages, and costs of the action, in addition to treble damages and attorneys' fees within the meaning of the Lanham Act, 15 U.S.C. § 1117(b).

## COUNT TWO
### Federal Trademark Infringement
### in Violation of Lanham Act § 32 (15 U.S.C. § 1114)
### (All Defendants)

100.    BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

101.    BIC Corporation is the owner and registrant of the BIC Marks.

102.    BIC USA is the exclusive licensee of the BIC Marks in the United States, where consumers perceive the BIC Marks as distinctive, well known, and famous.

103.    Defendants have not been granted any right to use the BIC Marks in the United States.

104.    Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

105.    Defendants' use, which constitutes use in commerce, has caused and/or is likely to cause confusion or mistake or is likely to deceive regarding the source, sponsorship and/or affiliation of the goods imported, offered for sale, and sold by Defendants.

106.    On information and belief, Defendants' wrongful conduct was undertaken and/or continued with full knowledge of BIC's rights and, thus, constitutes willful infringement.

107.    BIC has no adequate remedy at law for Defendants' wrongful conduct, which has caused, and, unless permanently enjoined, will continue to cause damage and irreparable harm to BIC.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

108.  Defendants are liable for trademark infringement, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

109.  By reason of Defendants' wrongful conduct, BIC is entitled to recover Defendants' wrongful profits, BIC's actual damages, and cost of the action, in addition to enhanced damages and attorneys' fees for an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

## COUNT THREE
**Federal Unfair Competition and False Designation of Origin
in Violation of Lanham Act § 43 (15 U.S.C. § 1125(a))
(All Defendants)**

110.  BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

111.  BIC Corporation is the owner and registrant of the BIC Marks.

112.  BIC USA is the exclusive licensee of the BIC Marks in the United States, where consumers perceive the BIC Marks as distinctive, well known, and famous.

113.  Defendants have not been granted any right to use the BIC Marks in the United States.

114.  Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

115.  Defendants' unauthorized use of the BIC Marks to advertise and sell directly competing goods, which constitutes use in commerce, has caused and/or is likely to cause confusion or mistake or is likely to deceive regarding the source, sponsorship and/or affiliation of the goods imported, offered for sale, and sold by Defendants.

116.  Defendants' unauthorized use misrepresents the nature, characteristics, qualities, or geographic origin of the goods.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

117.   On information and belief, Defendants' wrongful conduct was undertaken and/or continued with full knowledge of BIC's rights and, thus, constitutes willful unfair competition.

118.   Defendants' wrongful conduct and/or willful unfair competition, for which BIC has no adequate remedy at law, has caused and, unless permanently enjoined, will continue to cause damage and irreparable harm to BIC.

119.   Defendants are liable for trademark infringement, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a).

120.   By reason of Defendants' wrongful conduct, BIC is entitled to recover wrongful profits of Defendants, BIC's actual damages, and cost of the action, in addition to enhanced damages and attorneys' fees for an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

## COUNT FOUR
### Contributory Trademark Infringement
### in Violation of Lanham Act § 43 (15 U.S.C. § 1114(1)(a))
### (Defendant Rahman)

121.   BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

122.   BIC Corporation is the owner and registrant of the BIC Marks.

123.   BIC USA is the exclusive licensee of the BIC Marks in the United States, where consumers perceive the BIC Marks as distinctive, well known, and famous.

124.   Defendant Rahman has sold and offered for sale Counterfeit Pocket Lighters bearing marks that are the same as, or are confusingly similar to, the BIC Marks, with the knowledge, expectation, or intention that downstream retailers and distributors of Defendant Rahman's Counterfeit Pocket Lighters would use the BIC Marks in connection with the sale of lighters.

125.   Defendant Rahman and his retailer and distributor customers have not been granted any right to use the BIC Marks in the United States.

126.   The unauthorized use of the BIC Marks on directly competing goods by retailers and distributors supplied by Defendant Rahman, which constitutes use in commerce, has caused and/or is likely to cause confusion or mistake or is likely to deceive regarding the source, sponsorship and/or affiliation of the goods imported, offered and sold by retailers and distributors supplied by Defendant Rahman.

127.   Defendant Rahman has intentionally induced, contributed to, or knowingly participated in the infringement of BIC's rights in the BIC Marks by Defendant Rahman's retailer and distributor customers.

128.   Defendant Rahman has profited from the infringement of BIC's rights in the BIC Marks by Defendant Rahman and his retailer and distributor customers.

129.   Defendant Rahman's wrongful conduct and/or willful contributory infringement, for which BIC has no adequate remedy at law, has caused and, unless permanently enjoined, will continue to damage and cause irreparable harm to BIC.

130.   Defendant Rahamn is liable for contributory trademark infringement, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1114(1)(a).

131.   By reason of Defendant Rahman's wrongful conduct, BIC is entitled to recover Defendant Rahman's wrongful profits, BIC's actual damages, and cost of the action, in addition to enhanced damages and attorneys' fees for an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

## COUNT FIVE
### Federal Dilution by Tarnishment
### in Violation of Lanham Act § 43 (15 U.S.C. § 1125(c))
### (All Defendants)

132.   BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

133.   BIC Corporation is the owner and registrant of the BIC Marks.

134.   BIC USA is the exclusive licensee of the BIC Marks in the United States.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

135. Defendants have not been granted any right to use the BIC Marks in the United States.

136. Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

137. The BIC Marks are well known, famous, and inherently distinctive and identify BIC as the source of the goods.

138. Alternatively, through BIC's extensive and continuous promotion and use of the BIC Marks in the United States, the BIC Marks acquired distinctiveness. The BIC Marks acquired a secondary meaning capable of dilution prior to Defendants' unauthorized commercial use of the BIC Marks.

139. The BIC Marks were famous prior to Defendants' unauthorized commercial use of the Marks.

140. Defendants' use of the famous BIC Marks injures BIC's business reputation and dilutes or is likely to dilute the distinctive qualities of the BIC Marks.

141. Defendants' wrongful conduct and/or willful dilution, for which BIC has no adequate remedy at law, has caused and, unless permanently enjoined, will continue to cause injury to the public and damage and irreparable harm to BIC.

142. Defendants are liable for trademark dilution, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(c).

143. In view of the willful nature of Defendants' dilution, this is an exceptional case within the meaning of 15 U.S.C. §§ 1117(a) and 1125(c)(5), entitling BIC to recover attorneys' fees, among other monetary remedies.

//
//
//
//
//

## COUNT SIX
### Trademark Infringement
### In Violation of California Law
### (Cal. Bus. & Prof. Code §§ 14200 *et seq.*)
### (All Defendants)

144.    BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

145.    BIC Corporation is the owner and registrant of the BIC Marks.

146.    BIC USA is the exclusive licensee of the BIC Marks in the United States, where consumers perceive the BIC Marks as distinctive, well known, and famous.

147.    Defendants have not been granted any right to use the BIC Marks in the California.

148.    Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

149.    Defendants' use, which constitutes use in commerce, has caused and/or is likely to cause confusion or mistake or is likely to deceive regarding the source, sponsorship and/or affiliation of the goods imported, offered for sale, and sold by Defendants.

150.    On information and belief, Defendants' wrongful conduct was undertaken and/or continued with full knowledge of BIC's rights and, thus, constitutes willful infringement.

151.    BIC has no adequate remedy at law for Defendants' wrongful conduct, which has caused, and, unless permanently enjoined, will continue to cause damage and irreparable harm to BIC.

152.    Defendants are liable for trademark infringement, in violation of Cal. Bus. & Prof. Code §§ 14200 *et seq.*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

153.   By reason of Defendants' wrongful conduct, BIC is entitled to recover Defendants' wrongful profits, BIC's actual damages, and cost of the action, in addition to enhanced damages and attorneys' fees for an exceptional case.

## COUNT SEVEN
### California Trademark Dilution
### (Cal. Bus. & Prof. Cod § 14247)
### (All Defendants)

154.   BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

155.   BIC Corporation is the owner and registrant of the BIC Marks.

156.   BIC USA is the exclusive licensee of the BIC Marks in the United States.

157.   Defendants have not been granted any right to use the BIC Marks in the United States, including in the State of California.

158.   Defendants have made unauthorized use, in connection with pocket lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

159.   The BIC Marks are well known, famous, and inherently distinctive and identify BIC as the source of the goods.

160.   Alternatively, through BIC's extensive and continuous promotion and use of the BIC Marks in the United States, the BIC Marks acquired distinctiveness. The BIC Marks acquired a secondary meaning capable of dilution prior to Defendants' unauthorized commercial use of the BIC Marks.

161.    The BIC Marks were famous prior to Defendants' unauthorized commercial use of the Marks.

162.   Defendants' use of the famous BIC Marks injures BIC's business reputation and dilutes or is likely to dilute the distinctive qualities of the BIC Marks, and has or will cause negative associations with the BIC Marks.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

163.    Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with the BIC Marks and to cause dilution of the BIC Marks.

164.    Defendants' wrongful conduct and/or willful dilution, for which BIC has no adequate remedy at law, has caused and, unless permanently enjoined, will continue to cause damage and irreparable harm to BIC.

165.    Defendant is liable for trademark dilution, in violation of Cal. Bus. & Prof. Cod § 14247.

### COUNT EIGHT
**Unfair Competition In Violation of California Law**
**(Cal. Bus. & Prof. Code § 17200 *et seq.*)**
**(All Defendants)**

166.    BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

167.    BIC Corporation is the owner and registrant of the BIC Marks.

168.    BIC USA is the exclusive licensee of the BIC Marks in the United States.

169.    Defendants have not been granted any right to use the BIC Marks in the United States, including in the State of California.

170.    Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

171.    Defendants' actions described herein are calculated to deceive and actually do deceive the public into mistakenly believing that Defendants' goods originate with and/or are sponsored or approved by BIC.

172.    As such, Defendants have intentionally engaged and continue to engage in unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of California law, Cal. Bus. & Prof. Code § 17200 *et seq*.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

173.    Indeed, Defendants' conduct demonstrates an intentional, willful, and malicious intent to trade on the goodwill and reputation associated with the BIC Marks and the expense and effort BIC has expended in securing the same within the State of California.

174.    Defendants' wrongful conduct and/or willfully deceptive trade practices, for which BIC has no adequate remedy at law, has caused and, unless permanently enjoined, will continue to cause damage and irreparable harm to BIC.

## COUNT NINE
### Common Law Unfair Competition
### (All Defendants)

175.    BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

176.    BIC Corporation is the owner and registrant of the BIC Marks.

177.    BIC USA is the exclusive licensee of the BIC Marks in the United States.

178.    Defendants have not been granted any right to use the BIC Marks in the United States, including in the State of California.

179.    Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

180.    Defendants' unauthorized use of the BIC Marks has caused and will continue to cause a likelihood of confusion or misunderstanding as to the affiliation, connection, or association of Defendant with BIC or as to the sponsorship or approval by BIC of Defendants' goods.

181.    Defendants' conduct demonstrates their bad faith intent to trade on the goodwill and reputation associated with the BIC Marks.

182.    Defendants' wrongful conduct and unfair trade practices, for which BIC has no adequate remedy at law and from which Defendants have and will

— 23 —

continue to profit, has caused and, unless permanently enjoined, will continue to harm the public and cause damage and irreparable harm to BIC.

183.   Defendants' unauthorized use constitutes unfair competition in violation of the common law of California.

### COUNT TEN
### Common Law Trademark Infringement
### (All Defendants)

184.   BIC repeats and re-alleges the allegation set forth in the preceding paragraphs as if fully set forth herein.

185.   BIC Corporation is the owner of all rights, title, and interest in and to the BIC Marks, including all common law rights in such Marks.

186.   BIC USA is the exclusive licensee of the BIC Marks in the United States, where consumers perceive the BIC Marks as distinctive, well known, and famous.

187.   Defendants have not been granted any right to use the BIC Marks in the State of California.

188.   Defendants have made unauthorized use, in connection with Counterfeit Pocket Lighters, of marks that are the same as, or are confusingly similar to, the BIC Marks.

189.   Defendants' use, which constitutes use in commerce, has caused and/or is likely to cause confusion or mistake or is likely to deceive regarding the source, sponsorship and/or affiliation of the goods imported, offered for sale, and sold by Defendants.

190.   On information and belief, Defendants' wrongful conduct was undertaken and/or continued with full knowledge of BIC's rights and, thus, constitutes willful infringement.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

191.   BIC has no adequate remedy at law for Defendants' wrongful conduct, which has caused, and, unless permanently enjoined, will continue to cause damage and irreparable harm to BIC.

192.   Defendants are liable for trademark infringement in violation of the common law of the State of California.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs BIC Corporation and BIC USA Inc. demand a trial by jury on all issues triable by right to a jury.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs BIC Corporation and BIC USA Inc. respectfully request that the Court:

1.   Grant judgment in favor of Plaintiffs and against Defendants on all of Plaintiffs' claims;

2.   Permanently enjoin and restrain each and every Defendant, its officers, agents, subsidiaries, servants, partners, employees, attorneys and all others in active concert or participation with it, from:

    a.   Infringing the BIC Marks;

    b.   Advertising, offering for sale, distributing, or selling any Counterfeit Pocket Lighters;

    c.   Unfairly competing with BIC in the manufacture, importation, advertising, offering for sale, sale, shipment or distribution of lighters;

    d.   Disposing of, destroying, moving, secreting, relocating, or transferring any and all of Defendants' stock of Counterfeit Pocket Lighters, without Court direction;

    e.   Disposing of, destroying, moving, secreting, relocating, altering, or transferring any information, records, or documents in Defendants' possession pertaining to its purchase, importation, receipt, advertising,

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

offering for sale, sale, shipment, or distribution of lighters branded with the BIC Marks (whether authentic or counterfeit), including invoices, correspondence with vendors and distributors, banks records, account books, financial statements, purchase contracts, sales receipts, and other records, including electronically stored information on computers and personal electronics such as cell phones; or

    f.   Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the aforementioned activities.

3.    Order each and every Defendant to, at Defendants' expense, withdraw from the market, account for, and properly destroy any and all Counterfeit Pocket Lighters sold by Defendant;

4.    Order each and every Defendant, pursuant to 15 U.S.C. § 1116, to serve on BIC within thirty (30) days after service on Defendant of a permanent injunctive order, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction;

5.    Order each and every Defendant to account for, and pay over to BIC, Defendants' profits and all damages sustained by BIC;

6.    Increase the amount of damages and/or profits awarded to BIC, as provided by law;

7.    Award BIC such punitive damages for each and every Defendant's willful and intentional acts of unfair competition and infringement of BIC's rights that the Court shall deem just and proper;

8.    Award BIC the fees, costs, and disbursements, and interest, expended in connection with any actions taken to investigate and confirm the claims made in this Complaint;

9.    Award BIC its reasonable attorney fees, costs, disbursements, and interest, as provided by law; and

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

10.     Grant such other and further relief as the Court may deem just and proper.

Dated: October 4, 2024                 **BALLARD SPAHR LLP**

By:    /s/ Scott S. Humphreys
Scott S. Humphreys

*Counsel for Plaintiffs*
*BIC Corporation and BIC USA Inc.*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400