UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-08547-MRA-PD | Date | August 1, 2025 |
|---|---|---|---|
| Title | *BIC Corp. et al. v. Mahide Rahman et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On June 4, 2025, Plaintiffs filed a Renewed Application for Entry of Default against Defendant Mahide Rahman, arguing that the Clerk of Court had incorrectly determined that service on Defendant was insufficient. ECF 24. On June 26, 2025, the Court issued an order explaining the reasons that Plaintiffs' service on Defendant was deficient, despite Plaintiffs' arguments to the contrary. ECF 26. The docket reflects that Plaintiffs have since filed no additional proof of service or taken any other steps toward prosecuting their case.

Absent a showing of good cause, an action may be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m). It is the responsibility of the Plaintiffs to respond promptly to all court orders and to prosecute the action diligently, including by filing mandatory proofs of service and stipulations or motions extending time to respond.

Because Plaintiffs have not established that Defendant was properly served or explained why Defendant cannot be served, the Court is prepared to dismiss this action. *See Ezell v. Dep't of Rehab.*, 530 F. App'x 626, 627 (9th Cir. 2013) ("The district court did not abuse its discretion in dismissing [Plaintiff's] action without prejudice for failure to prosecute after [Plaintiff] failed to properly serve defendant."). Before it does so, however, the Court will provide Plaintiffs with a final opportunity to show why this action should not be dismissed for lack of prosecution as to all Defendants.

Thus, the Court hereby **ORDERS** that Plaintiffs **SHOW CAUSE** in writing no later than **August 7, 2025**, why this action should not be dismissed for lack of prosecution as to all Defendants. No oral argument regarding this matter will be heard unless ordered by the Court.

: 

Initials of Deputy Clerk   mku